✎ AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

For the _____ District of _____ New Jersey

## EXEMPLIFICATION CERTIFICATE

I, _____ MELISSA E. RHOADS _____, Clerk of this United States District Court,

keeper of the records and seal, certify that the attached documents:

**3:23-cv-00545-RK-RLS** CITIZENS BANK, NATIONAL
ASSOCIATION v. MULYE **ECF NO. 100 FINAL
JUDGMENT**

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at
_____ Trenton _____ on _____ 5/6/2025 _____

| City | Date |
|---|---|
| Melissa E. Rhoads | s/ Mariah Hatter |
| *Clerk* | *(By) Deputy Clerk* |

I, _____ ROBERT KIRSCH, U.S.D.J _____, a Judicial Officer of this Court,

certify that _____ MELISSA E. RHOADS _____, named above, is and was on the date noted,

Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and
the attestation of the record, are in accordance with the laws of the United States.

_____ 5/6/2025 _____

| *Date* | *Signature of Judge* |
|---|---|
| | United States District Judge |
| | *Title* |

I, _____ MELISSA E. RHOADS _____, Clerk of this United States District Court,

keeper of the seal, certify that the Honorable _____ ROBERT KIRSCH, U.S.D.J. _____,

*Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified,
and that I am well acquainted with the Judge's official signature and know and certify the above signature
to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____
_____ Trenton _____ in this State, on _____ 5/6/2025 _____

| City | Date |
|---|---|
| Melissa E. Rhoads | s/ Mariah Hatter |
| *Clerk* | *(By) Deputy Clerk* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITIZENS BANK, N.A.,<br><br>    Plaintiff,<br><br>      v.<br><br>NIRMAL MULYE, *et al.*,<br><br>    Defendants. | Civil Action No. 23-545 (RK) (RLS)<br>(CONSOLIDATED)<br><br>**FINAL JUDGMENT** |

### KIRSCH, District Judge

For the reasons set forth in the Court's Letter Order dated today, and for good cause shown,

**IT IS** on this 25th day of February, 2025 that **JUDGMENT** is **ENTERED** against Nostrum Pharmaceuticals, LLC in the amount of $17,387,126.80 plus interest accruing at a rate of 4.1% from and after February 25, 2025.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**

AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| CITIZENS BANK, NATIONAL ASSOCIATION | ) |
| *Plaintiff* | ) |
| v. | ) |
| MULYE et al | ) |
| *Defendant* | ) |

Civil Action No.  3:23-cv-00545-RK-RLS

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    02/25/2025    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    05/09/2025

CLERK OF COURT

*Ashley Vargas*
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CITIZENS BANK, N.A.,

    Plaintiff,

        v.

NIRMAL MULYE, *et al.*,

    Defendants.

Civil Action No. 23-545 (RK) (RLS)
(CONSOLIDATED)

**FINAL JUDGMENT**

**KIRSCH, District Judge**

For the reasons set forth in the Court's Letter Order dated today, and for good cause shown,

**IT IS** on this 25th day of February, 2025 that **JUDGMENT** is **ENTERED** against

Nostrum Pharmaceuticals, LLC in the amount of $17,387,126.80 plus interest accruing at a rate of

4.1% from and after February 25, 2025.

I hereby attest and certify on 5/9/25
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
_____
DEPUTY CLERK

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**